him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1629. IN RE DISBARMENT OF CLAPP. Edward Dorwart Clapp, of St. Paul, Minn., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1630. IN RE DISBARMENT OF TOMS. James Huston Toms, of Hendersonville, N. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1631. IN RE DISBARMENT OF CASSELL. Stuart B. Cassell, of Forest Hills, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–30. HAMPTON v. TRANSAMERICA INSURANCE CO. ET AL.;
No. M–33. BLACKMON v. ESSARY;
No. M–34. RYAN v. DORIA ET AL.;
No. M–35. METALLO v. UNITED STATES;
No. M–36. JOHNSON v. NAGLE, WARDEN, ET AL.; and
No. M–37. JOHNSON v. UNITED STATES. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. M–31. FISCHBACH v. BOARD OF EDUCATION OF TALBOT COUNTY, MARYLAND, ET AL. Motion to direct the Clerk to file petition for writ of certiorari denied.

No. M–32. COOPER v. CONNECTICUT. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied.

No. 123, Orig. CORRINET v. BOUTROS GHALI, SECRETARY-GENERAL OF THE UNITED NATIONS. Motion for leave to file bill of complaint denied.